# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Kenneth, on Behalf of Himself,<br><br>    Plaintiff,<br><br>vs.<br><br>AFNI, EQUIFAX, TRANSUNION,<br><br>    Defendants. | Case No. 2:16-cv-02604 FMO (RAOx)<br><br>Hon. Fernando M. Olguin, Courtroom 22<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Plaintiff *Pro Se* Kenneth Thomas Perez has announced to the Court that all matters in controversy against Trans Union LLC have been resolved. A Joint Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Joint Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff *Pro Se* Kenneth Thomas Perez against Defendant Trans Union LLC are in all respects dismissed with prejudice to the refiling of same, with court costs to be paid by the party incurring same.

/s/

DATED: July 21, 2016

Hon. Fernando M. Olguin
United States District Judge

1002212.1