THOMAS P. QUINN, JR. (State Bar No. 132268)
NOKES & QUINN
410 BROADWAY, SUITE 200
LAGUNA BEACH, CA 92651
Tel: (949) 376-3500
Fax:  (949) 376-3070
Email:  tquinn@nokesquinn.com
Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH THOMAS PEREZ,<br><br>    Plaintiff,<br><br>vs.<br><br>AFNI, et al.,<br><br>    Defendants. | Case No: 2:16-cv-02604-FMO-RAO<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC** |

**PLEASE TAKE NOTE THAT** Plaintiff Kenneth Thomas Perez ("Plaintiff") and Defendant Equifax Information Services LLC ("Equifax") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Equifax pending in this action.

The terms of the settlement agreement have been completed and Equifax is working to obtain Plaintiff's signature on a Stipulation for Dismissal with Prejudice of the claims asserted against Equifax.

Respectfully submitted this June 1, 2017

/ / /

/ / /

/ / /

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

NOKES & QUINN

/s/  Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR.
Attorneys for Defendant
EQUIFAX INFORMATION SERVICES LLC

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On June 1, 2017, I served a true copy of **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC**;

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in Federal Rule of Civil Procedure 5(B);

[ ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following:

> Kenneth Thomas Perez
> General Delivery
> 535 Box Canyon Road
> Canoga Park, CA 91304-9998
> *Pro Se Plaintiff*

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

> /s/  Thomas P. Quinn, Jr.
> THOMAS P. QUINN, JR.

Place of Mailing: Laguna Beach, California.

Executed on June 1, 2017, at Laguna Beach, California.

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

- 3 –
NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND
DEFENDANT EQUIFAX INFORMATION SERVICES LLC

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500

## SERVICE LIST

Kenneth Thomas Perez
General Delivery
535 Box Canyon Road
Canoga Park, CA 91304-9998
*Pro Se Plaintiff*